UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JUAN PAUCAR MUNOZ and LUIS ANTONIO
GUAMAN,

                      Plaintiffs,

                                             STIPULATION OF
                                             DISCONTINUANCE

                    -against-

MILL CREEK RESIDENTIAL TRUST, LLC and
MCRT NORTHEAST CONSTRUCTION, LLC,          Civil No.: CV 12-3185

                      Defendants.
---------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued without prejudice, without costs to either party as against the other.

Dated: October 24, 2012

_____          _____
Steven R. Payne, Esq. (SRP8013)                      Robert J. Hyndman, Esq. (RJH 4091)
GINARTE, O'DWYER, GONZALEZ,                AHMUTY DEMERS & McMANUS
GALLARDO & WINOGRAD, LLP                        Attorneys for Defendant
Attorneys for Plaintiffs                                         MILL CREEK RESIDENTIAL TRUST
225 Broadway, 13th Floor                               200 I.U. Willets Road
New York, New York 10007                            Albertson, New York 11507
(212) 601-9700                                              (516) 294-5433

_____
Stephen J. Donahue, Esq. (SD5138)
HARDIN KUNDLA McKEON & POLETTO
Attorneys for Defendant
MCRT NORTHEAST CONSTRUCTION
110 William Street
New York, New York 10038
(212) 571-0111

IT IS SO ORDERED: _____ USDCJ